Anthony HORBAL and Herc Manage-
ment Services, LLC, Derivatively on
Behalf of Seegrid Corporation, Plain-
tiffs–Below, Appellants,

v.

Daniel SHAPIRA, Phillip Oliveri, Hans Moravec, Giant Eagle, Inc., and Giant Eagle of Delaware, Inc.,

and

Seegrid Corporation, Defendants–Below, Appellees.

No. 389, 2015

Supreme Court of Delaware.

Submitted: February 10, 2016

Decided: February 15, 2016

AFFIRMED.